# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1986 | **DATE** | 7/20/2010 |
| **CASE TITLE** | Jackson vs. Northwester University | | |

**DOCKET ENTRY TEXT**

Status hearing held.  MOTION by Defendant Northwestern University School of Law to dismiss Complaint for Improper Service [11] is denied. For good cause shown, pursuant to Rule 4m, Plaintiff's time to serve defendant is extended for an additional 30 days. Status hearing set for 8/26/2010 at 9:00a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|